```
THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
P.O. Box
Scranton, PA  18501
Phone:  (570)348-2800
Attorneys for Plaintiff
```

                UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br><br>STEPHEN W. REED,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:01-CR-380<br><br><br><br>(Judge Rambo)<br><br><u>RELEASE AND SATISFACTION OF<br>           JUDGMENT</u> |

    COMES NOW, the plaintiff by and through its attorneys Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, and J. Justin Blewitt, Jr., Assistant United States Attorney, and hereby acknowledges complete satisfaction of the judgment entered in this cause on November 21, 2002 against Stephen W. Reed, defendant and releases Stephen W. Reed from said judgment. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED: 1/07/05

                                      THOMAS A. MARINO
                                      United States Attorney


                                      _____
                                      J. JUSTIN BLEWITT, JR.
                                      Assistant U.S. Attorney

                                      CARROLL A. TERRUSO
                                      Paralegal Specialist